AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| JOHN SCHREYER | ) Case No. |
|  | ) 21-MJ-7153 |
|  | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 6/14/2021 - 12/16/2021 in the county of Champaign in the
Central District of Illinois, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A and 2252(a)(2) | Trafficking, distribution, receipt, and possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit of FBI Special Agent John Gerrity.

☑ Continued on the attached sheet.

s/John Gerrity

_Complainant's signature_

John Gerrity, FBI Special Agent
_Printed name and title_

s/Eric Long

Sworn to before me and signed in my presence.

Date: 12/17/2021

_Judge's signature_

City and state: Urbana, Illinois

Eric I. Long, Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, John Gerrity, being first duly sworn, hereby depose and state as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been employed in this capacity since January 2016. I am currently assigned to a squad in the Champaign Resident Agency of the Springfield Division that investigates a wide variety of federal crimes, including violent crimes against children.

2.  I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants, many of which involved child exploitation and/or child pornography offenses.

3.  The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. I have set forth only the facts that I believe are necessary to establish probable cause, and that the fruits, evidence and instrumentalities of the offenses listed, will be in the following locations.

4.  I am personally involved in an investigation with other federal, state, and local law enforcement agencies into alleged criminal activities perpetrated by John

Schreyer ("Schreyer"). The information contained in this Affidavit is based upon a review of public and private records, and other investigative activities conducted by law enforcement personnel assigned to this case.

5. Because this Affidavit is provided for the limited purpose of establishing probable cause for a criminal complaint, I have not included all information known to me regarding this investigation, but rather have set forth only those facts necessary to establish probable cause to believe that Schreyer has committed the charged offense, specifically, 18 U.S.C. §§ 2252(a)(2) and (b)(1) (distribution and/or receipt of a visual depiction of a minor engaged in sexually explicit conduct); 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (possession of and access with intent to view a visual depiction of a minor engaged in sexually explicit conduct); 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (distribution and/or receipt of child pornography); and 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (possession of and access with intent to view child pornography).

## STATUTORY AUTHORITY

4. As noted above, this investigation concerns alleged violations of the following:

   a) 18 U.S.C. §§ 2252(a)(1) and (b)(1) prohibit any person from knowingly transporting or shipping, or attempting or conspiring to transport or ship, any visual depiction using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, by any means including by computer or mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

b) 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) prohibit any person from knowingly possessing or accessing with the intent to view, or attempting or conspiring to possess or access with the intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

c) 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) prohibit a person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

d) 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) prohibit a person from knowingly possessing or knowingly accessing with intent to view, or attempting or conspiring to do so, any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## PROBABLE CAUSE

8. The instant investigation involves a user of an Internet-based, peer-to-peer (P2P) network that allows users to share files, chat on message boards, and access websites within the network. The subject of this investigation used the IP address

3

73.445.190.242 at various times between 4:12 PM UTC and 4:54 PM UTC on June 14, 2021 in connection with the investigation of trafficking of child exploitation materials.

9. Using publicly available search tools, law enforcement determined that IP address 73.45.190.242 was controlled by Internet Service Provider ("ISP") Comcast Cable.

10. On or about August 6, 2021, an FBI Administrative Subpoena was served on Comcast for subscriber information relating to the use of IP address on the aforementioned date and times. A review of the results obtained on August 26, 2021 revealed the following account holder and address was John Schreyer, on the 300 block of Spring Circle, Urbana, IL 61802-7562, in the Central District of Illinois.

11. On December 15, 2021, United States Magistrate Judge Eric I. Long authorized the search of Schreyer's residence on the 300 block of Spring Circle, in Urbana, based on the investigation of child exploitation trafficking materials at that residence.

12. On December 16, 2021, FBI agents executed the search warrant at Schreyer's residence. Schreyer was present and after being properly advised agreed to speak with the agents about his child exploitation trafficking activity.

13. Schreyer stated that he has been downloading, accessing, and trafficking child exploitation files for approximately twenty years. Agents showed him screen captures of the videos identified in this investigation, specifically:

(a) The file titled: *HMM – Melissa – Set 03 – part_5 hard fuck (with gracel).MPG*. This is a video, approximately 4:59 in length, depicts an adult male inserting his penis into the anus of a prepubescent female child. The child places her hand on the male's penis and masturbates him until he ejaculates on her

4

body. An adult male puts his penis in the child's mouth, and he ejaculates in her mouth.

(b) The file titled: *HMM – Melissa – Set Unknown – 04 butt fuck.MPG*. This is a video, approximately 5:33 in length, depicts an adult male inserting his penis into the anus of a prepubescent female child. The adult male also inserts his penis into the mouth of another prepubescent female child. The adult male inserts his penis into the vagina of one of the children. The female child places her hand on the penis of the adult male and masturbates him then subsequently the adult male inserts his penis into the child's vagina.

(c) The file titled: *HMM – JudyAn – Set 11 – part_3 assfuck & cum in mouth.MPG*. This is a video, approximately 4:59 in length, depicts two prepubescent female children. One of the children is face down on a bed and fully nude while an adult male places his hands on her vagina. The adult male anally penetrates the child's anus.

14. Schreyer recognized the screen capture of these three videos, recognized their file names, and admitted that he obtained them "sometime this past summer" through the Internet-based P2P network involved in this case.

15. Schreyer provided the password to his cell phone and computer processing unit. On-scene forensic examiners reviewed Schreyer's digital devices. On an external hard drive, examiners located the following:

(b) A file titled: *15271340251.jpg*. This image depicts a prepubescent female child face down on a bed with her genitalia as the focal point of the image. The child's arms are restrained behind her back with handcuffs. The child's legs are each restrained with handcuffs, as well.

(c) A file titled: *(pthc) New 2016 childlover 8yo Daddy's Little Girl JM03.mp4*. This video, approximately 4 minutes and 32 seconds in length, depicts an adult putting his penis in the mouth of a prepubescent female child, and ejaculating on the child's face.

(d) A file titled: *5yo_suck_anal.mkv*. This video, approximately 6 minutes and 30 seconds in length, depicts an adult male putting his penis in a prepubescent female child's mouth. The video also depicts the adult male anally

penetrating the child with his penis and digitally penetrating the child's vagina.

FURTHER AFFIANT SAYETH NAUGHT.

s/John Gerrity
_____
JOHN GERRITY
Special Agent
Federal Bureau of Investigation

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic mail and telephone on December 17, 2021.

s/Eric Long
_____
ERIC I. LONG
United States Magistrate Judge

9